In the Matter of SAMUEL COLE, Appellant, against AGNES WINFIELD et al., Constituting the Committee on Vacancies Named in a Petition Designating J. LEWIS FOX as Candidate of the Democratic Party for the Office of Member of Assembly, 12th Assembly District in the County of Queens, et al., Respondents.

Argued August 15, 1952; decided August 15, 1952.

*Moses Z. Yam* for appellant.

*Abner H. Pike* for J. Lewis Fox, respondent.

*Denis M. Hurley, Corporation Counsel (Irwin L. Herzog* of counsel), for Board of Elections of the City of New York, respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.